**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                        **Case No. 8:05-cr-42-T-30TGW**

**DAMIEN WARREN WEBB,**

       **Defendant.**

                           /

## O R D E R

THIS CAUSE is before the court on Defendant's **Motion for Bond** (Doc.

47) and the government's response in opposition (Doc. 50).  By this motion, the

Defendant seeks an order of the court reconsidering its prior order of detention and

allowing the Defendant release on conditions.

As the court file reflects, the Defendant was before the court on an initial

appearance and ordered detained as a risk of non-appearance.  See (Doc. 44).  By the

instant motion, the Defendant argues that he is not charged with a drug offense or crime

of violence, has no history of failing to appear, and has family willing to pledge property

in order to secure his release.  In response, the government notes that the Defendant has

previously pleaded guilty to fraud charges in the state of Kentucky under a plea

agreement calling for a three year prison term.  He was released into the custody of the

Marshal for transport to the Middle District so that such sentence might run concurrent

with any disposition on his pending charges.  The government's response suggests that

the Defendant is also subject to potential prosecution for similar fraud charges in both the

Eastern and Western Districts of Virginia.  Despite the offer of property by the

Defendant's family the court concludes that, in the given circumstances, the Defendant remains a risk of flight should he be released and accordingly, the Defendant's **Motion for Bond** (Doc. 47) is **DENIED**.

        **Done and Ordered** in Tampa, Florida, this 13th day of March 2006

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Don Hansen, Assistant United States Attorney
Peter Sartes, Counsel for Defendant