UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 8:05-cr-42-T-30TGW |
| DAMIEN WARREN WEBB, | : | |
| Defendant. | : | |

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on motion of the United States of America for Entry of a Forfeiture Money Judgment (Dkt. #86) in the amount of $302,000.00 USD as to defendant Damien Warren Webb. The Court, being fully advised in the premises, hereby finds that as a result of defendant Damien Warren Webb's participation in the conspiracy in violation of 18 U.S.C. § 371 charged in Count One of the Indictment, to which the defendant pled guilty, the defendants obtained funds in the amount of $302,000.00 in United States currency. Accordingly, for good cause shown, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Dkt. #86) is GRANTED.

It is FURTHER **ORDERED** that, for his participation in the conspiracy in violation of 18 U.S.C. § 371, defendant Damien Warren Webb is jointly and severally liable for a forfeiture money judgment in the amount of $302,000.00 USD pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(2).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, belonging to the defendant, sought by the Government pursuant to 21 U.S.C. § 853(p) in satisfaction of such money judgment.

**DONE** and **ORDERED** in Tampa, Florida on October 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Attorneys of record

F:\Docs\2005\05-cr-42.forfeiture fj 86.wpd